UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JORGE LUIS ROMAN,**

  **Plaintiff,**

**v.**            **Case No. 6:25-cv-816-CEM-NWH**

**COMMISSIONER OF SOCIAL
SECURITY,**

  **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees ("Motion," Doc. 37). The United States Magistrate Judge issued a Report and Recommendation (Doc. 38), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees (Doc. 37) is **GRANTED.**

3. Plaintiff is **AWARDED** a total of $8,030.17 in attorney's fees.

4. It is **ORDERED** that, unless the Department of Treasury determines that Plaintiff owes a federal debt, the Commissioner must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees. (Doc. 37-10).

5. The Clerk is directed to amend the Judgment (Doc. 34) to add an award of $8,030.17.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record